# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                    )

Potomac Construction Company, Inc.    )     ASBCA Nos. 60327, 60328

Under Contract Nos. FQ 9194, FQ 9098    )

APPEARANCE FOR THE APPELLANT:       Charles W. Sickels, Esq.
                                              Sickels, Frei & Mims, P.C.
                                              Fairfax, VA

APPEARANCE FOR THE AUTHORITY:       Jon B. Crocker, Esq.
                                              Chief Counsel
                                              Washington Metropolitan Area
                                              Transit Authority
                                              Washington, DC

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 12 July 2016

_(signature)_

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

      I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60327, 60328, Appeals of Potomac Construction Company, Inc., rendered in conformance with the Board's Charter.

      Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals